Mary E. Bacon, NV Bar No.12686
SPENCER FANE LLP
300 South Fourth Street, Suite 950
Las Vegas, NV 89101
Phone: (702) 408-3400
Facsimile: (702) 408-3401
mbacon@spencerfane.com

*Attorneys for Defendant
Specialized Loan Servicing, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EVEYLN JONES,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SPECIALIZED LOAN SERVICING, LLC<br><br>　　　　　Defendant. | Case No.: 2:19-cv-02126-JCM-MNW<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT SPECIALIZED LOAN SERVICING TO A RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**FIRST REQUEST** |

Defendant Specialized Loan Servicing, LLC ("SLS") has requested an extension of time to answer, move or otherwise respond to the Complaint of Plaintiff Evelyn Jones ("Plaintiff"), to which Plaintiff has no objection. Pursuant to Local Rule IA 6-2, it is hereby stipulated and agreed to by and among the undersigned counsel that SLS's time to answer, move or otherwise respond to the Complaint is extended from January 3, 2020, up to and including January 17, 2020. This additional time is needed to investigate Plaintiff's claims and SLS's defenses and explore the possibility of resolving this matter without further litigation.

///

///

///

///

///

///

| | |
|---|---|
| Dated: January 2, 2020. | By: /s/ *Mary Bacon*<br>Mary E. Bacon, NV Bar No. 12686<br>SPENCER FANE LLP<br>300 South Fourth Street, Suite 950<br>Las Vegas, NV 89101<br>Phone: (702) 408-3400<br>Fax: (702) 408-3401<br>mbacon@spencerfane.com<br><br>*Attorneys for Defendant Specialized Loan Servicing, LLC*<br><br>NO OPPOSITION |
| Dated: January 2, 2020. | By: /s/ *Shawn Miller*<br>David H. Krieger, NV Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, NV 89123<br>Phone: (702) 880-5554<br>Fax: (702) 383-5518<br>dkrieger@hainesandkrieger.com<br><br>*Attorneys for Plaintiff Evelyn Jones* |

IT IS SO ORDERED:

_____
United States Magistrate Judge

Dated: 1/3/20

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing documents has been served this 2nd day of January, 2020, via the Court's CM/ECF system, upon all counsel of record as follows:

    David H. Krieger, Esq.
    HAINES & KRIEGER, LLC
    dkrieger@hainesandkrieger.com

                                           By: /s/ Adam Miller
                                                    An employee of Spencer Fane LLP