David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No. 7825
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 130
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com
smiller@hainesandkrieger.com

*Attorneys for Plaintiff*
*EVELYN JONES*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| EVELYN JONES,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SPECIALIZED LOAN SERVICING, LLC,<br><br>　　　　　　Defendant. | Case No. : 2:19-cv-02126-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE A RESPONSE TO DEFENDANT'S MOTION TO DISMISS**<br><br>**(First Request)** |

## **STIPULATION**

Plaintiff EVELYN JONES ("Plaintiff") and Defendant SPECIALIZED LOAN SERVICING, LLC ("SLS"), collectively, the "Parties", respectfully stipulate and agree to allow Plaintiff an extension of time to file a response to SLS's Motion to Dismiss (ECF No. 8), filed on January 28, 2020. Currently,

-1-

Plaintiff's response is due February 11, 2020. The purpose of the extension is to explore whether an amended pleading can resolve the issues presented in the Motion to Dismiss and also whether the Parties can resolve the matter without further Court involvement. Accordingly, the Parties stipulate and agree to extend the time to respond to SLS's Motion to Dismiss to March 12, 2020.

IT IS SO STIPULATED.

Dated February 11, 2020.                    Dated February 11, 2020.

/s/ Shawn Miller, Esq                       /s/ Mary Bacon, Esq.
Shawn Miller, Esq.                          Mary Bacon, Esq.
Haines & Krieger, LLC                       SPENCER FANE LLP
8985 S. Eastern Avenue, Suite 350           300 South Fourth Street, Suite 950
Henderson, Nevada 89123                     Las Vegas, NV 89101

*Attorneys for Plaintiff*                   *Attorneys for Defendant*

## ORDER

IT IS SO ORDERED.

U.S. DISTRICT COURT JUDGE

DATED: February 11, 2020