David Krieger, Esq.
Nevada Bar No. 9081
Shawn Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Parkway
Suite 200
Henderson, Nevada 89052
Phone: (702) 848-3855
Email: dkrieger@kriegerlawgroup.com
Email: smiller@kriegerlawgroup.com

Attorney for Plaintiff
*Evelyn Jones*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| EVELYN JONES,<br><br>              Plaintiff,<br><br>   v.<br><br>SPECIALIZED LOAN SERVICING, LLC,<br><br>              Defendant. | Civil Action No.: 2:19-cv-02126-JCM-BNW<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Pursuant to Nevada Supreme Court Rule 46, Local Rule IA 11-6, and custom and practice, David Krieger, Esq. and Shawn Miller, Esq., of KRIEGER LAW GROUP, LLC, attorneys of record for Plaintiff herein, move this Honorable Court for an Order permitting David Krieger, Esq. and Shawn Miller, Esq. to withdraw as counsel of record for the above-captioned Plaintiff.

- 1 -

This Application is made and based upon the papers, pleadings and documents on file herein, the Points and Authorities that follow hereinafter, and upon such arguments as may be adduced at the time of the hearing hereon.

DATED: March 12, 2020.

KRIEGER LAW GROUP, LLC

By: /s/ David Krieger, Esq.
David Krieger, Esq.
Attorney for Plaintiff

## **POINTS AND AUTHORITIES**

Nevada Supreme Court Rule 46 reads as follows:

The attorney in an action or special proceeding may be changed at any time before judgment or final determination as follows:

1. Upon consent of the attorney, approved by the client.

2. Upon the order of the court or judge thereof on the application of the attorney or the client.

After judgment or final determination, an attorney may withdraw as attorney of record at any time upon the attorney's filing a withdrawal, with or without the client's consent.

In the instant case, Plaintiff was originally represented by Haines & Krieger, LLC. However, moving counsel have left Haines & Krieger, LLC, and Plaintiff has decided to remain with former firm, Haines & Krieger, LLC. Moreover, George Haines, Esq. has appeared in this matter through Haines & Krieger, LLC as counsel of record. As a result, Plaintiff will not be prejudiced by moving counsel withdrawing from the instant matter. Therefore, moving counsel requests the Court grant its motion to allow both

David Krieger, Esq. and Shawn Miller, Esq. to withdraw as counsel in this matter, as they will no longer be representing Plaintiff.

Based upon the above and foregoing, the undersigned, David Krieger, Esq. and Shawn Miller, Esq., of KRIEGER LAW GROUP, LLC, hereby request this Honorable Court to enter an Order permitting KRIEGER LAW GROUP, LLC to withdraw as counsel of record for Plaintiff.

Dated: March 12, 2020

/s/ David Krieger, Esq.
David Krieger, Esq.
Attorney for Plaintiff

## **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 3/13/2020

## **CERTIFICATE OF MAILING**

I hereby certify that on March 12, 2020, a true and correct copy of the foregoing **MOTION TO WITHDRAW AS COUNSEL** was served on counsel of record by email as follows:

George Haines, Esq
ghaines@hainesandkreiger.com

Attorney for Plaintiff

Mary Bacon, Esq
mbacon@spencerfane.com

Attorney for Defendant TransUnion, LLC
.

*/s/ Graham Waring*
An employee of Krieger Law Group, LLC