UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EVELYN JONES, | Case No. 2:19-CV-2126 JCM (BNW) |
| Plaintiff(s), | ORDER |
| v. | |
| SPECIALIZED LOAN SERVICING, LLC, | |
| Defendant(s). | |

Presently before the court the matter of *Jones v. Specialized Loan Servicing, LLC*, case number 2:19-cv-02126-JCM-BNW.  On March 17, 2020, the parties filed a notice of settlement. (ECF No. 19).

The parties represented that they have settled the instant matter and anticipated filing dismissal documents in 60 days from their notice.  *Id.*  More than 60 days have passed, and the parties have not filed dismissal paperwork.  The court instructs the parties to file a stipulation to dismiss this action or a status report regarding their settlement on or before June 1, 2020.

The parties' settlement notwithstanding, defendant Specialized Loan Servicing, LLC's motion to dismiss remains pending.  The court denies it as moot in light of the parties' settlement.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the parties shall file a stipulation to dismiss this action or a status report regarding their settlement on or before June 1, 2020.

. . .

**James C. Mahan**
**U.S. District Judge**

IT IS FURTHER ORDERED that Specialized Loan Servicing's motion to dismiss (ECF No. 8) be, and the same hereby is, DENIED as moot.

DATED May 22, 2020.

_____
UNITED STATES DISTRICT JUDGE