George Haines, Esq.
Nevada Bar No. 9411
FREEDOM LAW FIRM, LLC
8985 S. Eastern Avenue, Suite 350
Las Vegas, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: Ghaines@freedomlegalteam.com
*Attorney for Plaintiff, Evelyn Jones*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| EVELYN JONES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SPECIALIZED LOAN SERVICING, LLC<br><br>　　　　Defendant. | Case No. 2:19-cv-02126-JCM-BNW<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO SPECIALIZED LOAN SERVICING, LLC** |

　　　Plaintiff EVELYN JONES and Defendant, SPECIALIZED LOAN SERVICING, LLC, hereby stipulate and agree that the above-entitled action shall be dismissed ***with prejudice*** in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, SPECIALIZED LOAN SERVICING, LLC**

////
////
////

Each party shall bear its own attorney's fees, disbursements, and costs of suit.

Dated:            April 12, 2021

| By: | By: |
|---|---|
| /s/*George Haines, Esq.* | /s/*Mary E. Bacon, Esq.* |
| George Haines, Esq. | Mary E. Bacon |
| Nevada Bar No. 9411 | Nevada Bar No. 12686 |
| FREEDOM LAW FIRM, LLC | SPENCER FANE LLP |
| 8985 S. Eastern Avenue | 300 South Fourth Street, Suite 950 |
| Suite 350 | Las Vegas, NV 89101 |
| Las Vegas, Nevada 89123 | *Attorney for Defendant,* |
| *Attorney for Plaintiff,* | *SPECIALIZED LOAN SERVICING* |
| *EVELYN JONES* | |

**ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: April 14, 2021